UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VINCENT STERLING HARRINGTON

*Plaintiff*,

v.

UNITED STATES OF AMERICA,

*Defendant*.

Civil Action No. 24-3478 (TJK)

## MEMORANDUM

On January 31, 2025, Defendant filed a motion to dismiss. Two days later, the Court entered a *Fox* Order ordering Plaintiff to respond by February 17, 2025, and if not, advising him that the Court may treat Defendant's motion as conceded and dismiss the case. A copy of that order was sent to Plaintiff's address of record. Over two months past that deadline, Plaintiff has not opposed the motion or requested additional time to do so. Moreover, Plaintiff has filed nothing on the docket since the case was removed in December 2024. Thus, pursuant to Local Rule 83.23 and the Court's "inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order," *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case without prejudice. A separate order will issue.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 7, 2025